IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                   ) | No. 1:14-cr-230(2) (AJT) |
| ) | |
| HINDA OSMAN DHIRANE,               ) | |
| ) | |
| Defendant.                          ) | |
| _____) | |

### ORDER

It is hereby

ORDERED that the terms and conditions of the defendant's release previously imposed in the Western District of Washington be, and the same hereby are, imposed and continued in full force and effect, with the exception that the defendant shall surrender any passports to her counsel.

The Clerk is directed to forward copies of this Order all counsel of record.

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 15, 2014